# UNITED STATES DISTRICT COURT
for the
District of Maryland

APR 2 3 2014

| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**Apple iPhone 5**<br>**Serial Number C39K8ANRDTTP**<br>**Assigned Number 240-210-6966** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **14-0861SAG** |
|---|---|---|

## APPLICATION FOR A SEARCH WARRANT

I, **Special Agent Daniel E. Beresh**, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: located in the District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

**Apple iPhone 5, serial number C39K8ANRDTTP, assigned number 240-210-6966 and subscribed to Kamran MALIK at 5720 Crain Highway, Upper Marlboro, Maryland.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
*Code Section*          *Offense Description*

**See Attachment A**

The application is based on these facts:

**See Attached Affidavit**

- ☐ Continued on the attached sheet
- ☐ Delayed notice of _____ *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Sworn to before me and signed in my presence.

Date: April 9, 2014

*Judge's signature*

City and state: Baltimore, MD

Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*